## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN District of Florida

Case Number: 1:18- CV- 24304- JEM

Plaintiff:
**MONIQUE MICHEL.,**
vs.
Defendant:
**RESTAURANT BRANDS INTERNATIONAL., INC., BURGER KING WORLDWIDE, INC., AND BURGER.,**

JPS2018002295

For: Peter Prieto
PODHURST ORSECK P.A.

Received by Judicial Process and Support, Inc. on the 19th day of October, 2018 at 4:19 pm to be served on **BURGER KING CORPORATION., BY SERVING ITS REGISTERED AGENT, CT CORPORATION SYSTEM.,, 1200 S. PINE ISLAND ROAD, PLANTATION, FL 33324.** I, Francisco Cuon, do hereby affirm that on the 23rd day of October, 2018 at 2:05 p.m., executed service by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET AND COMPLAINT** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as _____.

(X) CORPORATE SERVICE: By serving Donna Moch as S.O.P. Section Head.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _____

I acknowlede that I am certified/appointed in good standing in the judicial circuit wherein this process was served, have no interest in the above action and that I am over the age of Eighteen (18). Under penalty of perjury, I declare that I have read the foregoing Verified Return of Service and that the facts stated in it are true.

PROCESS SERVER # 593
Appointed in accordance with State Statutes

Judicial Process and Support, Inc.
19 West Flagler Street
Suite 610
Miami, FL 33130
(305) 347-3353

Our Job Serial Number: 2018002295
Ref: ALINA

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V8.0g